| PROB 22 [EDTN51]<br>(1/98) | | DOCKET NUMBER *(Tran. Court)*<br>1:04-CR-50-002 |
|---|---|---|
| TRANSFER OF JURISDICTION JUDGE MANNING<br>MAGISTRATE JUDGE BROWN | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Miguel Lopez | DISTRICT<br><br>ED/TN | DIVISION<br><br>Chattanooga |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>The Honorable R. Allan Edgar, U.S. District Judge | |

| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>July 3, 2007 | TO<br>July 2, 2012 |
|---|---|---|---|

**OFFENSE**
Conspiracy to Distribute 100 Kilograms or More of Marijuana and Attempt to Distribute 100 Kilograms of Marijuana, Aiding and Abetting

# 08CR    353

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF ILLINOIS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| April 7, 2008 | /s/ R. Allan Edgar |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| APR 2 9 2008 | /s/ James B. Holderman |
|---|---|
| *Effective Date* | *United States District Judge* |

# FILED

MAY 0 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**United States District Court**
**Eastern of District of Tennessee**
**Office of the Clerk**

April 14, 2008

F I L E D

U. S. District Court
Northern District of Illinois

MAY 0 1 2008

Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CR     353

In re: Miguel Lopez
      1-04-cr-50-02(our numbers)
      Your number (unknown)
      Transfer of Jurisdiction

JUDGE MANNING
MAGISTRATE JUDGE BROWN

Dear Clerk ,

Enclosed please find the Transfer of Jurisdiction for defendant Miguel Lopez. Also
enclosed are certified copies of all of the necessary papers you will need. Please
acknowledge receipt of the enclosed copy of this letter and return copy to our office.

Sincerely,

PATRICIA L. MCNUTT, CLERK

BY: _____
 Donna Cates, Criminal Case Manager

RECEIVED:  BY:_____

            DATE:_____

Enc

dmc/s

CLOSED

**Live Database**
**U.S. District Court - Eastern District of Tennessee (Chattanooga)**
**CRIMINAL DOCKET FOR CASE #: 1:04-cr-00050 All Defendants**
**Internal Use Only**

Case title: USA v. Garcia-Lopez                    Date Filed: 03/10/2004
Magistrate judge case number: 1:04-mj-00072        Date Terminated: 12/10/2004

---

Assigned to: District Judge R Allan
Edgar
Referred to: Magistrate Judge William
B Carter

**Defendant (1)**

**Daniel A Garcia-Lopez**          represented by  **Charles L Davis**
*TERMINATED: 12/10/2004*                            Davis & Hoss, PC
                                                    508 East Fifth Street
                                                    Chattanooga, TN 37403
                                                    423-266-0605
                                                    Fax: 423-266-0687
                                                    Email: lee@davis-hoss.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Retained*

                                                    **Douglas M Cox**
                                                    735 Broad Street
                                                    Suite 404, James Building
                                                    Chattanooga, TN 37402
                                                    423-265-2367
                                                    Email: douglasmcox37402@yahoo.com

                                                    *TERMINATED: 07/13/2004*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: CJA Appointment*

                                                    **LaFonda Jones**
                                                    Federal Defender Services of Eastern
                                                    Tennessee, Inc
                                                    707 Georgia Avenue
                                                    Suite 203 Flatiron Building
                                                    Chattanooga, TN 37402

423-756-4349
*TERMINATED: 07/13/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846=MD.F CONSPIRACY TO DISTRIBUTE MARIJUANA (1) | Deft sentenced to 120 months imprisonment & 8 yrs s/r. fine $10,000.00. s/a $100.00. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846=MD.F CONSPIRACY TO DISTRIBUTE MARIJUANA (2) | dismissed |
| 21:843B=MD.F USE COMMUNICATIONS FACILITY - MARIJUANA - DISTRIBUTE (3) | dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: District Judge R Allan
Edgar
Referred to: Magistrate Judge William
B Carter

**Defendant (2)**

**Miguel Lopez**                          represented by **Leslie A Cory**
*TERMINATED: 11/01/2004*                  Ortwein & Cory, LLC
1010 Market Street
Suite 306 Park Plaza
Chattanooga, TN 37402
423-756-9242
Email: lesliecory@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: CJA Appointment*

**Pending Counts**

21:846=MD.F CONSPIRACY TO
DISTRIBUTE MARIJUANA
(1)

**Disposition**

Deft Miguel Lopez sentenced to 60
months imprisonment on each of cts 1
& 2 to run concurrently. 5 yrs /sr. fine is
waived. $200.00 s/a.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:846=MD.F CONSPIRACY TO
DISTRIBUTE MARIJUANA
(1-2)

21:846=MD.F CONSPIRACY TO
DISTRIBUTE MARIJUANA
(2)

**Disposition**

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

---

**Plaintiff**

**UNITED STATES OF AMERICA**           represented by   **Perry H Piper**
U S Department of Justice
(Chattanooga USAO)
Office of U S Attorney
1110 Market Street
Suite 301
Chattanooga, TN 37402
423-752-5140
Email: perry.piper@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2004 | 1 | COMPLAINT against Daniel A Garcia-Lopez, Miguel Lopez signed by Mag Judge William B. Carter [ 1:04-m -72 ] (GRE) (Entered: 02/27/2004) |
| | | |

| | | |
|---|---|---|
| 02/26/2004 | | WARRANT FOR ARREST issued for Daniel A Garcia-Lopez by Mag Judge William B. Carter [ 1:04-m -72 ] (GRE) (Entered: 02/27/2004) |
| 02/26/2004 | | WARRANT FOR ARREST issued for Miguel Lopez by Mag Judge William B. Carter [ 1:04-m -72 ] (GRE) (Entered: 02/27/2004) |
| 02/26/2004 | | ARREST of defendant Daniel A Garcia-Lopez on 2/26/04 [ 1:04-m -72 ] (PCS) (Entered: 03/06/2004) |
| 02/26/2004 | | ARREST of defendant Miguel Lopez on 2/26/04 [ 1:04-m -72 ] (PCS) (Entered: 03/06/2004) |
| 02/26/2004 | 2 | CTRM MINUTES: before Mag Judge William B. Carter initial appearance on complaint of Daniel A Garcia-Lopez ; Attorney LaFonda Jones present; , ; arraignment set for 9:30 3/11/04 for Daniel A Garcia-Lopez CR: Elizabeth Coffey CD: Pam Scott Interprtr: Sharon Spence & Elisa Cabal AUSA: Perry Piper ATTY: LaFonda Jones PTSO: M Zwicknagel & D Haimelin Deft. Daniel A Garcia-Lopez waived the detention hrg and remained in custody. [ 1:04-m -72 ] (PCS) (Entered: 03/06/2004) |
| 02/26/2004 | 3 | CTRM MINUTES: before Mag Judge William B. Carter initial appearance on complaint of Miguel Lopez ; Attorney Leslie A Cory present; , ; arraignment set for 9:30 3/11/04 for Miguel Lopez CR: Elizabeth Coffey CD: Pam Scott AUSA: Perry Piper ATTY: Leslie Cory PTSO: M Zwicknagel & D Haimelin Testimony given; Gov't motion for detention without bond - GRANTED; Deft. Miguel Lopez remained in custody. [ 1:04-m -72 ] (PCS) (Entered: 03/06/2004) |
| 03/01/2004 | 4 | CJA FORM 23 (Financial Affidavit) as to Daniel A Garcia-Lopez [ 1:04-m -72 ] (PCS) (Entered: 03/06/2004) |
| 03/01/2004 | 5 | ORDER by Mag Judge William B. Carter appointing Federal Defender Svcs of Eastern Tennessee, Inc. to represent deft. Daniel Garcia-Lopez (cc: all counsel) [ 1:04-m -72 ] (PCS) (Entered: 03/06/2004) |
| 03/01/2004 | 6 | ORDER OF DETENTION by Mag Judge William B. Carter as to Daniel A Garcia-Lopez (cc: all counsel) [ 1:04-m -72 ] (PCS) (Entered: 03/06/2004) |
| 03/02/2004 | 7 | CJA FORM 23 (Financial Affidavit) as to Miguel Lopez [ 1:04-m -72 ] (PCS) (Entered: 03/06/2004) |
| 03/02/2004 | 8 | ORDER by Mag Judge William B. Carter appointing Atty Leslie Cory to represent deft. Miguel Lopez (cc: all counsel) [ 1:04-m -72 ] (PCS) (Entered: 03/06/2004) |
| 03/02/2004 | 9 | MEMORANDUM AND ORDER: by Mag Judge William B. Carter as to deft. Miguel Lopez (cc: all counsel) [ 1:04-m -72 ] (PCS) (Entered: 03/06/2004) |
| 03/02/2004 | 10 | ORDER OF DETENTION by Mag Judge William B. Carter as to Miguel Lopez (cc: all counsel) [ 1:04-m -72 ] (PCS) (Entered: 03/06/2004) |
| | | |

| 03/10/2004 | 11 | ORDER by Mag Judge William B. Carter sealing case (GRE) (Entered: 03/22/2004) |
| 03/10/2004 | 12 | SEALED INDICTMENT by USA counts filed against Daniel A Garcia-Lopez (1) count(s) 1-2, 3, Miguel Lopez (2) count(s) 1-2 (GRE) (Entered: 03/22/2004) |
| 03/11/2004 | 13 | NOTICE of defendant's request for preservation and discovery materials by Miguel Lopez C/S (GRE) (Entered: 03/22/2004) |
| 03/11/2004 | 14 | CTRM MINUTES: before Mag Judge William B. Carter dft Daniel A Garcia-Lopez arraigned; not guilty plea entered; Attorneys Tony Martinez and Douglas M Cox present; , ; pretrial conference set for 3:00 5/10/04 for Daniel A Garcia-Lopez ; pretrial motions set for 4/20/04 for Daniel A Garcia-Lopez ; jury trial set for 9:00 5/18/04 for Daniel A Garcia-Lopez ; plea negotiation cutoff date set for 4/20/04 for Daniel A Garcia-Lopez , case unsealed as to Daniel A Garcia-Lopez CR: Recorded #731 to #1128; Tape #2004-4-2; CD: Pam Scott Interprtr: Irene Tomassini AUSA: Perry Piper ATTY: Tony Martinez and Doug Cox Deft. Daniel A Garcia-Lopez remained in custody. (SEALED) (Entered: 03/26/2004) |
| 03/11/2004 | 15 | CTRM MINUTES: before Mag Judge William B. Carter dft Miguel Lopez arraigned; not guilty plea entered; Attorney present; , ; pretrial conference set for 3:00 5/10/04 for Miguel Lopez ; pretrial motions set for 4/20/04 for Miguel Lopez ; jury trial set for 9:00 5/18/04 for Miguel Lopez ; plea negotiation cutoff date set for 4/20/04 for Miguel Lopez , case unsealed as to Miguel Lopez CR: Recorded #731 to #1128; Tape #2004-4-2; CD: Pam Scott Interprtr: No interpreter AUSA: Perry Piper ATTY: Leslie Cory Deft. Miguel Lopez remained in custody. (SEALED) (Entered: 03/26/2004) |
| 03/11/2004 | 16 | ORDER ON DISCOVERY AND SCHEDULING by Mag Judge William B. Carter (cc: all counsel) (SEALED) (Entered: 03/26/2004) |
| 03/11/2004 | 17 | ORDER by Mag Judge William B. Carter appointing Douglas M. Cox to assist Federal Defender Svcs of Eastern Tennessee in deft. Daniel A Garcia-Lopez's representation (cc: all counsel) (SEALED) (Entered: 03/26/2004) |
| 03/11/2004 | 18 | MEMORANDUM AND ORDER/ARRAIGNMENT ON INDICTMENT: by Mag Judge William B. Carter (cc: all counsel) (SEALED) (Entered: 03/26/2004) |
| 03/15/2004 | 27 | NOTICE of defendant's request for preservation and discovery materials by Daniel A Garcia-Lopez C/S (GRE) (Entered: 04/30/2004) |
| 03/19/2004 | 19 | MOTION to have subpoenas served at government expense by Miguel Lopez C/S (GRE) (Entered: 03/30/2004) |
| 03/19/2004 | 21 | PETITION for writ of habeas corpus ad testificandum by Miguel Lopez as to Julia Compo Cerna Lopez (GRE) (Entered: 03/30/2004) |
| 03/26/2004 | 20 | ORDER by Mag Judge William B. Carter granting motion to have |

| | | |
|---|---|---|
| | | subpoenas served at government expense [19-1] (cc: all counsel) (GRE) (Entered: 03/30/2004) |
| 03/26/2004 | 22 | ORDER by Mag Judge William B. Carter granting petition [21-1] (cc: all counsel) (GRE) (Entered: 03/30/2004) |
| 03/30/2004 | | WRIT of habeas corpus ad testificandum issued as to Julia Compo Cerna to appear on 5/18/04 at 9:00 (GRE) (Entered: 03/30/2004) |
| 03/31/2004 | 25 | MOTION for authorization of interpreter and investigative services, in excess of $1,000 by Miguel Lopez C/S (GRE) (Entered: 04/19/2004) |
| 04/05/2004 | 30 | (ORIGINAL) TRANSCRIPT of preliminary examination/detention hrg/excerpt of proceedings/testimony of Marty D. Dunn held on 2/26/04 before USMJ Bill Carter CR: Elizabeth Coffey (DJH) (Entered: 04/30/2004) |
| 04/13/2004 | 23 | ATTORNEY APPEARANCE for defendant Daniel A Garcia-Lopez by Atty Charles Lee Davis (TJG) (Entered: 04/13/2004) |
| 04/13/2004 | 24 | MOTION to continue trial by Daniel A Garcia-Lopez C/S (TJG) (Entered: 04/13/2004) |
| 04/14/2004 | 26 | MOTION for continuance of deadlines by Miguel Lopez C/S (GRE) (Entered: 04/19/2004) |
| 04/22/2004 | 28 | ORDER by Honorable R Allan Edgar granting motion for continuance of deadlines [26-1], granting motion to continue trial [24-1] ; pretrial conference set for 8:30 7/9/04 for Daniel A Garcia-Lopez, for Miguel Lopez ; pretrial motions set for 6/16/04 for Daniel A Garcia-Lopez, for Miguel Lopez ; jury trial set for 9:30 7/12/04 for Daniel A Garcia-Lopez, for Miguel Lopez ; plea negotiation cutoff date set for 6/16/04 for Daniel A Garcia-Lopez, for Miguel Lopez (cc: all counsel) (GRE) (Entered: 04/30/2004) |
| 04/28/2004 | 29 | SUPPLEMENTAL MOTION for authorization of interpreter and investigative services in excess of $1,000 by Miguel Lopez C/S (GRE) (Entered: 04/30/2004) |
| 05/06/2004 | 31 | MOTION to Compel Government to Provide Brady Material by Miguel Lopez. (Attachments: # 1 Affidavit of Leslie Cory# 2 Exhibit Excerpt of Transcript)(GRE, ) (Entered: 05/06/2004) |
| 05/06/2004 | | CJA 21 as to Miguel Lopez : Authorization to Pay Steve Derthick Voucher # 040506000014. Signed by Judge William B Carter on 4/1/04. (DJH, ) (Entered: 06/17/2004) |
| 05/25/2004 | 34 | MEMORANDUM authorizing $3,300 for expert servoces as to Miguel Lopez . Signed by Judge R Allan Edgar on 4/12/04 and Judge Alice M. Batchelder on 5/18/04. (GRE, ) (Entered: 06/16/2004) |
| 06/01/2004 | | CJA 21 as to Miguel Lopez : Authorization to Pay Steve Derthick Voucher # 040601000059. Signed by Judge William B Carter on 5/10/04. (DJH, ) (Entered: 06/17/2004) |
| | | |

| 06/15/2004 | ●32 | Sealed Document Exparte Motion (DMC, ) (Entered: 06/15/2004) |
|---|---|---|
| 06/15/2004 | ●33 | Order to Seal Document and granting exparte motion as to Miguel Lopez. . Signed by Judge William B Carter on 6/15/04. (DMC, ) (Entered: 06/15/2004) |
| 06/16/2004 | ●35 | Second MOTION for Release of Brady Materials by Miguel Lopez. (Cory, Leslie) (Entered: 06/16/2004) |
| 06/16/2004 | ●36 | MOTION to Continue *plea bargain deadline* by Miguel Lopez. (Attachments: # 1 Affidavit)(Cory, Leslie) (Entered: 06/16/2004) |
| 06/17/2004 | ●37 | Proposed Jury Instructions by Miguel Lopez (Cory, Leslie) (Entered: 06/17/2004) |
| 06/18/2004 | ●38 | ORDER granting 36 Motion to Continue plea bargaining negotiations as to Miguel Lopez (2). It is ORDERED that any plea bragaining shall be concluded by June 30, 2004. Signed by Judge R Allan Edgar on 6/18/04. (KFB, ) (Entered: 06/18/2004) |
| 06/24/2004 | ●39 | ORDER as to Daniel A Garcia-Lopez cancelling trial date and referring case to Magistrate Carter for guilty plea and report and recommendation. Signed by Judge Curtis L Collier on 6/24/2004. (CHP, ) (Entered: 06/25/2004) |
| 06/30/2004 | ●40 | MOTION to Continue *Trial Date* by Miguel Lopez. (Attachments: # 1 Affidavit)(Cory, Leslie) (Entered: 06/30/2004) |
| 07/13/2004 | ●41 | NOTICE of intent to use prior convictions to enhance punishment (GRE, ) (Entered: 07/14/2004) |
| 07/13/2004 | ● | ORDER relieving Attys Douglas M Cox and LaFonda Jones as counsel; Atty Charles L Davis be replaced as retained counsel for deft. Daniel A Garcia-Lopez. Signed by Judge William B Carter on 7/13/04. (PCS, ) (Entered: 07/14/2004) |
| 07/13/2004 | ● | Minute Entry for proceedings held before Judge William B Carter : Change of Plea Hearing continued to 7/19/2004 3:00 PM before Magistrate William B Carter. (Court Reporter Shannan Andrews.) (PCS, ) (Entered: 07/24/2004) |
| 07/19/2004 | ●42 | MOTION for Order Directing the Marshal Service to Assure Defendant Be Given Adequate Opportunity to Review, Translate, and Transcribe Audio- and Videotapes by Miguel Lopez. (Attachments: # 1)(Cory, Leslie) (Entered: 07/19/2004) |
| 07/19/2004 | ●43 | REPORT AND RECOMMENDATIONS as to Daniel A Garcia-Lopez Objections to R&R due by 7/29/2004. Signed by Judge William B Carter on 7/19/04. (KFB, ) (Entered: 07/20/2004) |
| 07/19/2004 | ●45 | Minute Entry for proceedings held before Judge William B Carter :Change of Plea Hearing as to Daniel A Garcia-Lopez held on 7/19/2004, Plea entered by Daniel A Garcia-Lopez (1) Guilty Count 1. Sentencing set for 10/25/2004 1:00 PM before Honorable R Allan Edgar. |

| | | |
|---|---|---|
| | | (Court Reporter Linda Hershey.) (PCS, ) (Entered: 07/24/2004) |
| 07/19/2004 | ●46 | Consent to Proceed Before a United States Magistrate Judge 7/19/04 as to deft. Daniel Agapito Garcia-Lopez (PCS, ) (Entered: 07/24/2004) |
| 07/19/2004 | ●47 | SEALED PLEA AGREEMENT as to Daniel A Garcia-Lopez (PCS, ) (Entered: 07/24/2004) |
| 07/20/2004 | ●44 | RESCHEDULING ORDER as to Miguel Lopez, Motions terminated as to Miguel Lopez : 40 -MOTION to Continue--GRANTED. Jury Trial set for 8/10/2004 09:30 AM in Third Floor Courtroom before Honorable R Allan Edgar. Pretrial Conference set for 8/9/2004 08:30 AM in Third Floor Courtroom before Honorable R Allan Edgar. Signed by Judge R Allan Edgar on 7/20/04. (KFB, ) (Entered: 07/20/2004) |
| 07/27/2004 | ●48 | SEALED MOTION by Miguel Lopez. (DMC, ) (Entered: 07/27/2004) |
| 07/27/2004 | ●49 | SEALED AFFIDAVIT by Miguel Lopez 48 SEALED MOTION filed by Miguel Lopez (DMC, ) (Entered: 07/27/2004) |
| 07/27/2004 | 50 | *SEALED* SEALED ORDER granting [48 Sealed Motion as to Miguel Lopez (2) (DMC, ) (Entered: 07/27/2004) |
| 07/27/2004 | ●51 | ORDER denying 42 Motion for an order directing USM to assure that the deft is given adequate opportunity to review, translate & transcribe audio & video tapes as to Miguel Lopez (2). Signed by Judge R Allan Edgar on 7/27/04. (KFB, ) (Entered: 07/27/2004) |
| 07/27/2004 | ●52 | Petition for Writ of Habeas Corpus ad Testificandum by Miguel Lopez (Attachments: # 1 Affidavit Attorney Leslie Cory)(DJH, ) (Entered: 07/30/2004) |
| 07/27/2004 | ●53 | ORDER as to Miguel Lopez re 52 Petition for Writ of Habeas Corpus ad Testificandum Signed by Judge William B Carter on 7/27/04. (DJH, ) (Entered: 07/30/2004) |
| 07/27/2004 | ●54 | Writ of Habeas Corpus ad Testificandum Issued as to Daniel Agapito Garcia-Lopez for August 10, 2004 in case as to Miguel Lopez (DJH, ) (Entered: 07/30/2004) |
| 08/09/2004 | ●55 | Minute Entry for Final Pretrial Conference proceedings held before Judge R Allan Edgar: as to Miguel Lopez held on 8/9/2004. Jury Trial to commence on 8/9/04 @ 9:00 w/jury selection & jury trial to continue on 8/10/04 @ 9:00 (2-3d). (Court Reporter Shannan Andrews.) (KFB, ) (Entered: 08/10/2004) |
| 08/09/2004 | ●56 | Minute Entry for proceedings held before Judge R Allan Edgar :Jury Selection as to Miguel Lopez held on 8/9/2004. (Court Reporter Shannan Andrews.) (KFB, ) (Entered: 08/10/2004) |
| 08/10/2004 | ●57 | SEALED MOTION by Miguel Lopez. (DMC, ) (Entered: 08/10/2004) |
| 08/10/2004 | ●58 | *SEALED* ORDER granting [57 Sealed Motion as to Miguel Lopez (2) (DMC, ) (Entered: 08/10/2004) |
| | | |

| | | |
|---|---|---|
| 08/10/2004 | ⊕59 | FINAL PRETRIAL ORDER as to Miguel Lopez. (KFB, ) (Entered: 08/11/2004) |
| 08/11/2004 | ⊕60 | Minute Entry: for proceedings held before Judge R Allan Edgar: 2nd day of Jury Trial as to Miguel Lopez held on 8/11/2004. Evidence for govt concluded. Oral motion by govt to withdraw 851 enhancement-GRANTED. (Court Reporter Shannan Andrews.) (KFB, ) (Entered: 08/11/2004) |
| 08/11/2004 | ⊕61 | EXHIBIT LIST (KFB, ) (Entered: 08/11/2004) |
| 08/11/2004 | ⊕62 | Minute Entry: for proceedings held before Judge R Allan Edgar :Change of Plea Hearing as to Miguel Lopez held on 8/11/2004, Plea entered by Miguel Lopez (2) Guilty to Counts 1,2. No plea agreement. Sentencing set for 11/1/2004 01:00 PM in Third Floor Courtroom before Honorable R Allan Edgar. (Court Reporter Shannan Andrews.) (KFB, ) (Entered: 08/11/2004) |
| 08/12/2004 | | (Court only) ***JS-2 First Appearance Code (DMC, ) (Entered: 08/12/2004) |
| 08/17/2004 | ⊕63 | NOTICE of intent to use prior convictions to enhance punishment by USA (DMC, ) (Entered: 08/17/2004) |
| 09/09/2004 | ⊕ | CJA 21 as to Miguel Lopez : Authorization to Pay Roy Cooper, Jr. DBA Cooper & Assoicates Voucher # 040909000046. Signed by Judge William B Carter on 9/2/04. (DJH, ) (Entered: 09/10/2004) |
| 09/10/2004 | | (Court only) ***JS-2 First Appearance Code (DMC, ) (Entered: 09/10/2004) |
| 10/13/2004 | ⊕64 | First MOTION to Continue *Sentencing Date* by Daniel A Garcia-Lopez. (Davis, Charles) (Entered: 10/13/2004) |
| 10/15/2004 | ⊕65 | ORDER as to Daniel A Garcia-Lopez re 64 First MOTION to Continue Sentencing Date filed by Daniel A Garcia-Lopez is GRANTED. Motions terminated as to Daniel A Garcia-Lopez. Sentencing set for 10/25/04 @ 1:00 is CANCELED and RESET TO 11/29/2004 01:00 PM in Third Floor Courtroom before Honorable R Allan Edgar. Signed by Judge R Allan Edgar on 10/15/04. (KFB, ) (Entered: 10/15/2004) |
| 10/22/2004 | ⊕66 | SENTENCING MEMORANDUM by Miguel Lopez (Attachments: # 1) (Cory, Leslie) (Entered: 10/22/2004) |
| 11/01/2004 | ⊕67 | Minute Entry for proceedings held before Judge R Allan Edgar :Sentencing held on 11/1/2004 for Miguel Lopez (2), Count(s) 1, Deft Miguel Lopez sentenced to 60 months imprisonment on each of cts 1 & 2 to run concurrently. 5 yrs s/r. fine is waived. $200.00 s/a. (Court Reporter Shannan Andrews.) (KFB, ) (Entered: 11/03/2004) |
| 11/01/2004 | ⊕68 | JUDGMENT regarding Miguel Lopez Signed by Judge R Allan Edgar on 11/8/04. (DMC, ) (Entered: 11/10/2004) |
| 11/04/2004 | ⊕ | CJA 21 voucher rec'd from Interpreter/Translator Heather Hayes as to |

| | | |
|---|---|---|
| | | Miguel Lopez: (DJH, ) (Entered: 11/23/2004) |
| 11/23/2004 | �“ | CJA 21 voucher sent to Magistrate Judge Carter for review as to Miguel Lopez: (DJH, ) (Entered: 11/23/2004) |
| 11/24/2004 | �“ | CJA 21 VOUCHER rec'd from Magistrate Judge Carter w/approval for interpreter/translator as to Miguel Lopez: (DJH, ) (Entered: 12/02/2004) |
| 11/29/2004 | �“69 | Minute Entry for proceedings held before Judge R Allan Edgar :Sentencing held on 11/29/2004 for Daniel A Garcia-Lopez (1), Count(s) 1, Deft sentenced to 120 months imprisonment & 8 yrs s/r. fine $10,000.00. s/a $100.00. Count(s) 2, 3, dismissed. (Court Reporter Shannan Andrews.) (KFB, ) (Entered: 11/30/2004) |
| 11/29/2004 | �“70 | ORDER as to Daniel A Garcia-Lopez, dismissing counts 2 & 3 of the Indictment. Signed by Judge R Allan Edgar on 11/29/04. (KFB, ) (Entered: 12/03/2004) |
| 12/08/2004 | �“ | CJA 21 as to Miguel Lopez: Authorization to Pay Interpreter Heather Hayes Voucher # 041208000005. Signed by Judge William B Carter on 11/24/2004. (DJH, ) (Entered: 12/08/2004) |
| 12/09/2004 | �“ | CJA 20 submitted by Leslie Cory sent to Judge Carter for review as to Miguel Lopez: (GRE, ) (Entered: 12/09/2004) |
| 12/10/2004 | �“ | CJA 20 as to Miguel Lopez submitted by Leslie Cory returned from Judge Carter and forwarded to Judge Collier (GRE, ) (Entered: 12/10/2004) |
| 12/10/2004 | �“71 | JUDGMENT as to Daniel A Garcia-Lopez (1), Signed by Judge R Allan Edgar on 12/10/2004. (DJH, ) (Entered: 12/14/2004) |
| 12/13/2004 | �“ | CJA 20 submitted by Leslie Cory, as to Miguel Lopez, returned from Judge Collier and sent to Judge Edgar (GRE, ) (Entered: 12/13/2004) |
| 12/14/2004 | �“ | CJA 20 submitted by Leslie Cory, as to Miguel Lopez, has been forwarded to the Sixth Circuit for approval. (GRE, ) (Entered: 12/14/2004) |
| 01/27/2005 | �“72 | RETURN OF SERVICE on 1/5/05. as to Miguel Lopez (DMC, ) (Entered: 01/28/2005) |
| 02/23/2005 | �“73 | Judgment Returned Executed on 2/23/05 by delivering Daniel A Garcia-Lopez, Miguel Lopez to FCI Texarkana, TX (TFC, ) (Entered: 03/03/2005) |
| 03/04/2005 | �“ | CJA 20 as to Miguel Lopez: Authorization to Pay Leslie A. Cory. Voucher # 050304000034. Signed by Judge R Allan Edgar on 12/13/2004 and Signed by 6th Circuit Judge Alice Batchelder on 2/14/2005. (DJH, ) (Entered: 03/04/2005) |
| 01/07/2008 | �“74 | REQUEST for Modifying the Conditions or Term of Supervision with Consent of the Offender by UNITED STATES OF AMERICA as to Miguel Lopez. (Attachments: # 1 Waiver of Hearing)(DJH, ) (Entered: 01/08/2008) |

| 01/07/2008 | ☻75 | ORDER granting 74 Request for Modifying the Conditions or Term of Supervision with the Consent of the Offender as to Miguel Lopez (2). Signed by District Judge R Allan Edgar on 1/7/2008. (See #74 Order Attached) (DJH, ) (Entered: 01/08/2008) |
| --- | --- | --- |
| 04/07/2008 | ☻76 | MOTION to Modify Conditions of Release by UNITED STATES OF AMERICA as to Miguel Lopez. (Attachments: # 1 waiver)(DMC, ) (Entered: 04/08/2008) |
| 04/08/2008 | ☻ | ORDER granting 76 Motion to Modify Conditions of Release as to Miguel Lopez (2)see court file 75 for order. Signed by District Judge R Allan Edgar on 4/8/08. (DMC, ) (Entered: 04/08/2008) |

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

**FILED**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| DANIEL AGAPITO GARCIA-LOPEZ and | ) |
| MIGUEL LOPEZ | ) |

2004 MAR 10 P 4: 41

U.S. DISTRICT COURT
EASTERN DIST. TENN.

1:04-cr-___
Judge _Edgar_

BY_____DEP. CLERK

## INDICTMENT

### COUNT ONE

The Grand Jury charges that in or about January, 2001, and continuing until in or about February, 2004, in the Eastern District of Tennessee and elsewhere, the defendants, DANIEL AGAPITO GARCIA-LOPEZ and MIGUEL LOPEZ, and others known and unknown to the grand jury, did combine, conspire, confederate and agree with each other to knowingly, intentionally and without authority violate Title 21, United States Code, Section 841(a)(1) and (b)(1)(B); that is, distribute one hundred kilograms or more of a mixture and substance containing marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 846.

### COUNT TWO

The Grand Jury further charges that on or about February 25, 2004, in the Eastern District of Tennessee, the defendants, DANIEL AGAPITO GARCIA-LOPEZ and MIGUEL LOPEZ, aided and abetted by each other, did knowingly, intentionally and without authority attempt to distribute one hundred kilograms or more of a mixture and substance containing marijuana, a Schedule I controlled substance, in violation of United States Code, Sections 846, 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

ATTEST: A TRUE COPY
Certified this ___
PATRICK ___, CLERK
by ___ DEP. CLERK

## COUNT THREE

The Grand Jury further charges that on or about February 25, 2004, in the Eastern District of Tennessee, the defendant, DANIEL AGAPITO GARCIA-LOPEZ, did knowingly and intentionally use a communication facility, that is, a telephone, to facilitate a violation of 21 U.S.C. § 841(a)(1), the distribution of marijuana, a Schedule I controlled substance, in violation of Title 21 United States Code, Section 843(b).

A TRUE BILL:


HARRY S. MATTICE, Jr.
United States Attorney


By:_____
      Perry H. Piper
      Assistant U. S. Attorney

2

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

### Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall reside at the Salvation Army Community Corrections Center for up to 120 days, at the direction of the probation officer.

Witness _____          Signed X _____
        U. S. Probation Officer                    Probationer or Supervised Releasee

                    X  03-12-08
                         Date

**U.S. PROBATION OFFICE**

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
### *(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Miguel Lopez                    **Docket Number:** 1:04-CR-50-002

**Name of Sentencing Judicial Officer:** The Honorable R. Allan Edgar
United States District Judge

**Date of Original Sentence:** November 1, 2004

**Original Offense:** Conspiracy to Distribute 100 Kilograms or More of Marijuana and Attempt to Distribute 100 Kilograms of Marijuana, Aiding and Abetting.

**Class:** B Felony                    **Criminal History Category:** III

**Original Sentence:** Sixty (60) months imprisonment with five (5) years of supervised release to follow.  On January 7, 2008, conditions of release were modified to include the offender's participation in a mental health treatment program

| | |
|---|---|
| **Type of Supervision:** | Supervised Release |
| **Date Supervision Commenced:** | July 3, 2007 |
| **Date Supervision Expires:** | July 2, 2012 |
| **Assistant U.S. Attorney:** | Perry H. Piper |
| **Defense Attorney:** | Leslie A. Cory |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PETITIONING THE COURT

To modify the conditions of supervision as follows: **The defendant shall reside at the Salvation Army Community Corrections Center for up to 120 days, at the direction of the probation officer.**

<u>CAUSE</u>

REQUEST FOR MODIFYING THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF OFFENDER

**Violation No 1. (Mandatory Condition):** The offender failed to refrain from any unlawful use of a controlled substance.

The offender submitted to urine screens for drug testing on February 22 and 25, 2008 and March 12 and 19, 2008, which all resulted in positive results for cocaine. All of the results have been confirmed by Kroll Laboratories. These are the offender's positive drug screens (4 through 7) respectively, for cocaine within the past six months.

**Violation N.2 (Standard Condition No. 5):** The offender failed to work regularly at a lawful occupation or attend schooling or training or has other acceptable reasons.

**Violation No. 3 (Standard Condition No. 6):** The offender failed to notify the probation officer at least ten days prior to any change in residence or employment.

On January 30, 2008, Mr. Lopez was terminated from his position as a delivery driver with Wiscon Corporation due to attendance issues. During a meeting with his probation officer on February 6, 2007, Mr. Lopez led his probation officer to believe that he was still employed with the above company. In fact, it was not until March 3, 2008, when the probation officer telephoned the offender, that he informed the officer that he had been terminated from his position.

**Recommendation:**

Since the offender's commencement of supervision on July 3, 2007, Mr. Lopez has tested positive for cocaine on more than five occasions. On July 17, 2007, the offender signed the Notice of Mandatory Revocation of Supervision after four positive drug tests in one year, thereby acknowledging the consequences of continued cocaine use. The offender has repeatedly been restarted in Phase I of the drug treatment program, and his officer has increased his counseling as necessary. On receiving his fourth positive for cocaine, Mr. Lopez met with his probation officer and the Supervising U.S. Probation Officer for a violation conference. The offender was instructed immediately to cease his cocaine use and continue to participate in substance abuse and mental health counseling as directed by the probation officer. Mr. Lopez contributes his cocaine use to some mental health issues related to his brother's death. He has reported suffering from panic attacks and difficulties sleeping. Mr. Lopez was compliant with his officer in signing the Probation Form 49, thereby waiving his right to a hearing and agreeing to a modification of his conditions of supervised release. The modification specifically allows for Mr. Lopez to be placed in the Salvation Army Community Corrections Center up to 120 days at the direction of the probation officer. He further expressed his desire to do whatever necessary to get the treatment that he needs to deal with his issues. The offender was reprimanded for his behavior and warned that any further violations would likely result in increased sanctions, If not revocation, of his term of supervised release.

Respectfully submitted,

*/s/ David T. Croft*

PROB12B - 1/03

**REQUEST FOR MODIFYING THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF OFFENDER**

David T. Croft
Supervising U. S. Probation Officer

---

**ORDER OF COURT:**

The conditions of supervision are hereby modified as follows:  **The defendant shall reside at the Salvation Army Community Corrections Center for up to 120 days, at the direction of the probation officer.**

So ordered.

**ENTER this the 7th day of April, 2008.**

_____ */s/ R. Allan Edgar* _____
R. ALLAN EDGAR
UNITED STATES DISTRICT JUDGE